CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 29 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| DEVIN KEITH MORRIS, | ) | CASE NO. 7:19CV00216 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| S.V.R.J.A. MEDICAL ADMINISTRATION | ) | |
| DUFFIELD, | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(c)(1), as

legally frivolous, and the action is stricken from the active docket of the court.

**ENTER:** This _29th_ day of May, 2019.

_____
Senior United States District Judge